**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 02, 2011.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re:<br>BASTROP BLACKHAWK, LLC,<br>f/d/b/a Lakeside Hospital at Bastrop,<br>Lakeside Family Health Center of<br>Bastrop, Lakeside Regional Medical<br>Center and Lakeside Medical Center,<br>　　Debtor. | Case No. 11-10273-hcm<br>(Chapter 11) |
| In re:<br>LHB REAL ESTATE, L.L.C,<br>　　Debtor. | Case No. 11-10282-hcm<br>(Chapter 11)<br><br>Jointly Administered Under<br>Case No. 11-10273 |

**ORDER SETTING HEARING ON
MOTION TO WAIVE APPOINTMENT OF OMBUDSMAN**

On March 1, 2011, Bastrop Blackhawk and LHB Real Estate LLC ("Joint Debtors") filed and served their Motion to Waive Requirement of a Patient Care Ombudsman Under 11 U.S.C. § 333 Or, In the Alternative, to Limit Such Appointment ("Motion"). The Court finds that the Motion should be set for hearing and the following Order should be entered.

1

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:

1. The Court shall conduct a hearing on the Motion on March 7, 2011 at 2:30 p.m. (CT) in the U.S. Bankruptcy Court, Courtroom 2, 903 San Jacinto, Austin, Texas 78701. Counsel for the Joint Debtors shall immediately serve notice of the hearing on the U.S. Trustee and all other parties in interest and file a certificate of service with the Court reflecting such service.

2. Pursuant to Rule 2007.2 of the Federal Rules of Bankruptcy Procedure, the deadline for filing a motion requesting the Court to waive the appointment of an ombudsman is hereby extended to March 1, 2011.

3. The Clerk of the Court shall immediately serve a copy of this Order on the Joint Debtors and counsel for the Joint Debtors.

# # #