UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BASTROP BLACKHAWK, LLC, | § | CASE NO. 11-10273 |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the attorneys set forth below hereby appear as counsel for the THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION pursuant to Rule 9010 of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Hal F. Morris
Ashley Flynn Bartram
Assistant Attorneys General
Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, Texas 78711-2548
Phone: 512/463-2173
Fax: 512/482-8341

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in

interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    DANIEL T. HODGE
    First Assistant Attorney General

    BILL COBB
    Deputy Attorney General for Civil Litigation

    RONALD R. DEL VENTO
    Assistant Attorney General
    Chief, Bankruptcy & Collections Division

    */s/ Hal F. Morris*
    HAL F. MORRIS
    Texas State Bar No. 14485410
    ASHLEY FLYNN BARTRAM
    Texas State Bar No. 24045883
    Assistant Attorneys General
    Bankruptcy & Collections Division
    P. O. Box 12548
    Austin, Texas 78711-2548
    P: (512) 463-2173/F: (512) 482-8341
    E-mail: *hal.morris@oag.state.tx.us*
          *ashley.bartram@oag.state.tx.us*

    ATTORNEYS FOR THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION

CERTIFICATE OF SERVICE

       I hereby certify that on March 10, 2011 a true and correct copy of the foregoing was served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and by U. S. Mail First Class, postage prepaid to the following parties:

Bastrop Blackhawk, LLC
c/o KJJO, Ltd., Manager
c/o Kevin J. Owens
209 Watersong Ln
Georgetown, TX 78628-6954

B. Weldon Ponder, Jr
Building 3, Suite 200
4601 Spicewood Springs Rd
Austin, TX 78759-7841

                                                         */s/ Hal F. Morris*
                                                         HAL F. MORRIS
                                                         Assistant Attorney General