UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| *In re*: BASTROP BLACKHAWK, LLC | § | Case No. 11-10273-hcm |
| | § | Chapter 11 |
| *In re*: | § | Case No. 11-10282-hcm |
| LHB REAL ESTATE, LLC, | § | Chapter 11 |
| *Debtors* | § | |
| | § Jointly Administered Under | |
| | § Case No. 11-10273 | |

NOTICE OF APPOINTMENT OF PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333

In accordance with Fed. R. Bankr. P. 2007.2(c) and the Order Denying Motion to Waive Requirement of a Patient Care Ombudsman (Docket Entry No. 33) entered on March 10, 2011, Judy A. Robbins, United States Trustee for Region 7 ("UST"), hereby appoints Ms. Carol Jendrzey, Cox Smith Matthews Incorporated, 112 E. Pecan Street, Suite 1800, San Antonio, Texas 78205, as the Patient Care Ombudsman for Bastrop Blackhawk, LLC, case no. 11-10273. The appointee's verified statement in accordance with Fed. R. Bankr. P. 2007.2(c) is attached hereto as **Exhibit A**.

        Respectfully submitted,
        JUDY A. ROBBINS
        UNITED STATES TRUSTEE

        By: */s/ Deborah A. Bynum*
            Deborah A. Bynum
            Trial Attorney
            SBT No. 03556250
            903 San Jacinto Blvd., Room 230
            Austin, Texas 78701
            Phone: (512) 916-5328 / Fax: 16-5331
            Deborah.A.Bynum@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that I forwarded a true and correct copy of the foregoing by prepaid first class mail to the parties listed below (which included Debtor's top 20 unsecured creditors) or by electronic means for all Pacer system participants to the parties listed on Debtor's Mailing Matrix on this the 16th day of March, 2011.

/s/ Deborah A. Bynum
Deborah A. Bynum

Jay W. Hurst on behalf of Creditor Texas Comptroller of Public Accounts
Jay.Hurst@oag.state.tx.us; sherri.simpson@oag.state.tx.us
Leslie M. Luttrell on behalf of Creditor Hitachi Capital America Corp.
lluttrell@davidsontroilo.com; spitts@davidsontroilo.com
Hal F. Morris on behalf of Interested Party Texas Health and Human Services Commission
hal.morris@oag.state.tx.us; ashley.bartram@oag.state.tx.us
B. Weldon Ponder on behalf of Debtor Bastrop Blackhawk, LLC
welpon@austin.rr.com; rmshep1@austin.rr.com
Brian W. Rogers on behalf of Creditor Lone Star Emergency Associates, LLC
brogers@rogersdavis.com; mdavis@rogersdavis.com; tsunberg@rogersdavis.com
Jamie E. Silver on behalf of Creditor Creekridge Capital LLC
ecs-rcpt@lawbbj.com
Bryan Wells/Jared Giddens
jgiddens@cwlaw.com; bwells@cwlaw.com
Carol E. Jendrezy
cejendrz@coxsmith.com

B. Weldon Ponder, Jr
Building 3, Suite 200
4601 Spicewood Springs Rd
Austin, Texas 78759-7841
**Attorney for the Debtors**

Leslie M. Luttrell
Davidson & Troilo
7550 West IH-10, Suite 800
San Antonio, Texas 78229
**Attorney for Hitachi Capital America Corp.**

Brian W. Rogers
Rogers Davis LLP
121 E. Constitution
Victoria, Texas 77901
**Attorney for Victoria Emergency AssnLLC, TLC Staffing LLC and Lone Star Emergency AssnLLC**

Jay W. Hurst
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711
**Atty for Texas Comptroller of Public Accts**

Hal F. Morris
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711
**Attorney for Texas Health and Human Services Commission**

Jamie E. Silver
Johnson & Silver, LLP
12720 Hillcrest Rd., Suite 280
Dallas, Texas 75230
**Attorneys for Creekridge Capital LLC**

Bryan Wells/Jared Giddens
Conner & Winters, LLP
1700 One Leadership Square
211 North Robinson
Oklahoma City, OK 73102
**Attorney for Stillwater National Bank and Trust Co.**

Carol E. Jendrezy
Cox Smith
112 East Pecan St / Suite 1800
San Antonio, TX 78205
**Patient Care Ombudsman**

Porter Co/Mechanical Service Contractors
PO Box 627
Manchaca, TX 78652

LHB Real Estate, L.L.C.
c/o Kevin J. Owens
209 Watersong Ln
Georgetown, TX 78628-6954

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re:<br>BASTROP BLACKHAWK, LLC,<br>f/d/b/a Lakeside Hospital at Bastrop,<br>Lakeside Family Health Center of Bastrop,<br>Lakeside Regional Medical Center and<br>Lakeside Medical Center,<br>    Debtor | § § § § § § § § § | Case No. 11-10273 – hcm<br>(Chapter 11 Case) |
| In re:<br>LHB REAL ESTATE, L.L.C.,<br>    Debtor | § § § § § § | Case No. 11-10282-hcm<br>(Chapter 11 Case)<br><br>**Jointly Administered Under**<br>Case No. 11-10273 |

## AFFIDAVIT OF PROPOSED PATIENT CARE OMBUDSMAN

STATE OF TEXAS        §
                      §   KNOW ALL PERSONS BY THESE PRESENTS:
COUNTY OF BEXAR       §

BEFORE ME, the undersigned authority, personally appeared Carol E. Jendrzey, who after being duly sworn, deposes and says:

1. My name is Carol E. Jendrzey. I am of sound mind, over the age of 18 years, and capable of making this Affidavit. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto under oath in accordance with this Affidavit.

2. I am an attorney licensed to practice law in the state of Texas. I am a shareholder at Cox Smith Matthews Incorporated (the "Firm") and my practice areas are bankruptcy, reorganization, and creditors' rights. My office is located at 112 East Pecan Street, Suite 1800, San Antonio, Texas, 78205-1521. My telephone number is (210) 554-5558, (210) 226-8395 (Facsimile). My email is cejendrz@coxsmith.com. I have the knowledge and experience required to fulfill my duties as a patient care ombudsman in this case. Prior to law school, I was a registered nurse[1] and hold both bachelor's and master's degrees in nursing. As a registered nurse, I practiced in inpatient and ambulatory settings for ten years. I present this Affidavit to respectfully represent, to the best of my knowledge, information and belief, that I do not

---

[1] My RN license is on inactive status.

3361607.1

represent any interest adverse to the Debtors, creditors or the estates in the matter to which I have been appointed.

3. My billing rate is $410.00 per hour, plus expenses. However, I will not bill time for travel.

4. I have conducted a search for potential conflicts utilizing the firm's conflicts data base and the Debtors Bastrop Blackhawk's Matrices (the "Matrices"). Certain of the creditors listed on the Matrices are or were clients of the Firm. See Exhibit 1. However, the Firm has not and does not represent these clients in any matters related to these cases or the Debtors. The Firm represents parties that have interests in purchasing healthcare assets, thus, I had made very preliminary inquiries about the hospital prior to the filing. I have been appointed to be the Ombudsman in other cases throughout Texas; thus, I have worked in my capacity as Ombudsman with the attorneys in the U.S. Trustee's offices. I have and do represent clients who are debtors in cases; thus, have been adverse to the U.S. Trustee's offices. Further, I or other attorneys in the Firm have been in cases where our clients were aligned with or were adverse to agencies represented by the Office of the Texas Attorney General and/or the Department of Justice. One such agency is the IRS. None of these representations are substantially related to this case.

5. Pursuant to FED. R. BANKR. P. 2014, I will provide this Court with any supplemental information regarding my connections with creditors as that information becomes available.

6. Based upon my review of the Matrices, I believe that I do not represent, and have not represented, except as disclosed above, the Debtors or those creditors disclosed in the Matrices.

7. To the best of my knowledge, information and belief, I do not have any connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, other than as disclosed above, the United States Trustee, or any person employed in the office of the United States Trustee.

8. To the best of my knowledge, information and belief, except as is set forth herein, I do not (i) hold or represent any interest materially adverse to the Debtors' estates or creditors in the matters upon which I am to be appointed nor (ii) presently have any connection with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

*[signature]*
Carol E. Jendrzey

STATE OF TEXAS §
§
COUNTY OF BEXAR §

SUBSCRIBED and SWORN BEFORE ME on this 16th day of March, 2011.

*[signature]*

Notary Public in and for
the State of Texas

VICTORIA E. FLORES
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-15-2012

3

3361607.1

## EXHIBIT 1 TO AFFIDAVIT OF CAROL E. JENDRZEY

The following parties are or were clients of Cox Smith and such parties or their affiliates or related parties are, were, or may be creditors of the Debtors. Cox Smith's representation of such parties is or was completely unrelated to the Debtors.

| CURRENT CLIENTS |
| --- |
| AT&T |
| Clinical Pathology Labs, Inc. |
| Laboratory Corporation of America d/b/a Lab Corp |

| PAST CLIENTS |
| --- |
| AETNA |
| Davidson & Troilo |
| Conner & Winters, LLC |
| Federal Express |
| Fisher Scientific |
| Iron Mountain Records Management of San Antonio |
| Office Depot, Inc. |
| Philips Medical System |
| The Prudential Energy Company |
| Prudential Funds, Inc., Prudential Securities, Inc. |
| Radiological Physics Associates |
| Texas Wired Music |
| Time Warner Cable |